COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

Name: HAMPTON    KEVIN    L.
      (Last)     (First)  (Middle Initial)

Prisoner Number: VMA856

Institutional Address: 5325 BRODER BLVD
DUBLIN, CA. 94568

FILED
JUL 26 2018
SUSAN Y. SOONG
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

KEVIN LAMAR HAMPTON
(Enter your full name.)

vs.

R. BROACH JR

(Enter the full name(s) of the defendant(s) in this action.)

Case No. CV 18 4516 (PR) JCS
(Provided by the clerk upon filing)

COMPLAINT UNDER THE
CIVIL RIGHTS ACT,
42 U.S.C. § 1983

## I. Exhaustion of Administrative Remedies.

*Note:* You must exhaust available administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.

A. Place of present confinement  SANTA RITA AD-SE6 / E6

B. Is there a grievance procedure in this institution?  YES ☑  NO ☐

C. If so, did you present the facts in your complaint for review through the grievance procedure?  YES ☑  NO ☐

D. If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue any available level of appeal, explain why.

   1. Informal appeal: 18-0846  - 5/12/18

PRISONER COMPLAINT (rev. 8/2015)
Page 1 of 3

2. First formal level: P. KENNEDY, SERGEANT 5/8/18 DENIED

3. Second formal level: KIMMEL 5/12/18 DENIED

4. Third formal level: LT. R. CLIPPINGER # 771 5/14/18 DENIED

E. Is the last level to which you appealed the highest level of appeal available to you?
   YES ☑   NO ☐

F. If you did not present your claim for review through the grievance procedure, explain why.
_____
_____
_____

## II. Parties.

A. Write your name and present address. Do the same for additional plaintiffs, if any.
   KEVIN HAMPTON # UMA856
   5325 BRODER BLVD
   DUBLIN, CA. 94568

B. For each defendant, provide full name, official position and place of employment.
   R. BROACH JR. DEPUTY
   ALAMEDA COUNTY JAIL SANTA RITA
   5325 BRODER BLVD
   DUBLIN, CA. 94568

PRISONER COMPLAINT (rev. 8/2015)
Page 2 of 3

## III. Statement of Claim.

State briefly the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

ON APRIL 6 AT APPROXIMENTLY 8:35 PM TO 8:45 PM. I KEVIN HAMPTON WAS ASSAULTED & BATTERED AND ASSAULTED WITH A DEADLY WEAPON WHILE USING EXCESSIVE FORCE. THEREFORE, CAUSING GREAT BODILY INJURY AND HARM UPON AN UNARMED INMATE. TO WHICH I WAS CHOKED AND TASED BY DEPUTY R. BROACH JR.

SEE ATTACHMENTS

## IV. Relief.

Your complaint must include a request for specific relief. State briefly exactly what you want the court to do for you. Do not make legal arguments and do not cite any cases or statutes.

I WOULD LIKE TO BE COMPENSATED MONEY FOR DAMAGES AND INJURYS AS WELL AS PRESS CRIMINAL CHARGES FOR THE UNWARRANTED ATTACK BY AN GOVERNMENT OFFICIAL.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: 7-17-18      Kevin Hampton # VMA856
            Date                Signature of Plaintiff

PRISONER COMPLAINT (rev. 8/2015)
Page 3 of 3

# ALAMEDA COUNTY SHERIFF'S OFFICE
# INMATE GRIEVANCE FORM

[ ] ADA RELATED

[✓] Santa Rita Jail  [ ] Glenn E. Dyer Detention Facility

**NAME:** KEVIN HAMPTON   **PFN:** UMA856   **DATE:** 4-8-18   **HU/FLOOR:** 1F 12

Only one grievance issue per form ---- (Subject to refusal if failure to comply)   **DATE GRIEVANCE OCCURRED** 4-6-18

**Grievance Details:**

ON APRIL 6 AT APPROXIMENTLY 8:35 P.M TO 8:45 P.M. I WAS ASSAULTED & BATTERED AND ASSAULTED WITH A DEADLY WEAPON WHILE USING EXCESSIVE FORCE. THEREFORE, CAUSING GREAT BODILY INJURY AND HARM UPON AN UNARMED PERSON BY DEPUTY (R. BROACH JR.) IN HOUSING UNIT 6 C POD IN THE COMMON DAY ROOM AREA. I HAD FOLLOWED ALL OF HIS DIRECTIVES AND I WAS ON MY KNEES WITH MY HANDS INTERLACED BEHIND MY BACK. ALL HE HAD TO DO WAS CUFF ME WHILE HE HAD HIS TASER TRAINED AT MY BODY. HE WAS ALREADY STARING AT ME IN A MENACINGLY THREATENING MANNER. INSTEAD OF CUFFING ME HE HOLSTERED HIS TASER AND LUNGED FORWARD AND BEGAN PUTTING ME IN A UFC STYLED CHOKEHOLD! I NEVER RESISTED EVEN WHEN IT FELT LIKE HE WAS TRYING TO TAKE MY LIFE. I STATED "THAT YOUR KILLING ME, I CAN'T BREATHE". THEREFORE MAKING HIM TIGHEN HIS GRIP. FEAR CREPT IN SO I TRIED TO GET UP WHICH MADE HIM PUSH UP OFF OF ME PULL OUT HIS TASER THEN HE SHOT ME IN THE ABDOMEN AREA. ALL OF THIS "ABUSE OF AUTHORITY WAS UNWARRANTED". AND, FOR HIS LACK OF PROFESSIONALISM AND MISCONDUCT I WOULD LIKE TO PRESS CRIMINAL CHARGES UPON HIM! FOR THIS TYPE OF INDESCRETION I FEEL THAT IT WOULD BE APPROPRIATE FOR HIS SERVICES TO BE TERMINATED AS AN "ALAMEDA COUNTY SHERRIF OFFICER." SO THAT THIS DOESN'T HAPPEN TO ANYONE ELSE. ALL OF THIS WAS CAUGHT ON HIS (PDR) CHEST CAM. THIS TYPE OF BEHAVIOR WILL NOT BE CONDONED! THIS IS A TRUE STATEMENT.

**INMATE SIGNATURE:** Kevin Hampton #UMA856

By signing this form, you are consenting to a search of your medical, dental, or mental health records for the purpose of this investigation only. This acts as a waiver to your HIPAA rights. If you disagree with this, you must indicate so in your grievance.

***DO NOT WRITE ON BACK OF THIS FORM. USE ADDITIONAL GRIEVANCE FORMS IF NECESSARY***
***DO NOT WRITE BELOW THIS LINE***

**Received by Deputy:** S. KEB   **Badge#** 7760   **Date:** 04/08/18

[ ] Resolved at Deputy Level   **Inmate Acceptance (Signature)** ___

[✓] Cannot be resolved at Deputy Level   **Grievance Tracking Number:** 18-0846

The Deputy who received the inmate's grievance shall attach an Inmate Grievance Response Supplemental Form (ML-53) detailing how they resolved or attempted to resolve the inmate's grievance.

Copies: White-Staff
Pink-Inmate

ML-51 (rev 10/17)

JS 44 (Rev. 11/15)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
HAMPTON, KEVIN L.

**DEFENDANTS**
BROACH, R JR.

(b) County of Residence of First Listed Plaintiff: ALAMEDA CO.
*(EXCEPT IN U.S. PLAINTIFF CASES)*
SANTA RITA JAIL

County of Residence of First Listed Defendant: ALAMEDA CO.
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.
SANTA RITA COUNTY SHERIFFS OFFICE DEPUTY

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
PRO SE DEFENDANT

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question *(U.S. Government Not a Party)*
- ☒ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☒ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☒ 320 Assault, Libel & Slander | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 840 Trademark | ☐ 460 Deportation |
| | ☐ 340 Marine | | | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability / **PERSONAL PROPERTY** | | **LABOR** / **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 370 Other Fraud | | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 371 Truth in Lending | | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☐ 380 Other Personal Property Damage | | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | ☐ 362 Personal Injury - Medical Malpractice / ☐ 385 Property Damage Product Liability | | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** / **CIVIL RIGHTS** / **PRISONER PETITIONS** | | | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights / **Habeas Corpus:** | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting / ☐ 463 Alien Detainee | | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment / ☐ 510 Motions to Vacate Sentence | | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations / ☐ 530 General | | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | | | ☐ 462 Naturalization Application | | |
| | ☐ 446 Amer. w/Disabilities - Other / **Other:** ☐ 540 Mandamus & Other | | ☐ 465 Other Immigration Actions | | |
| | ☐ 448 Education / ☐ 550 Civil Rights | | | | |
| | ☐ 555 Prison Condition | | | | |
| | ☐ 560 Civil Detainee - Conditions of Confinement | | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*: 320 ASSAULT
Brief description of cause: TORT CLAIM OF ASSAULT BY DEPUTY BROACH, R JR

## VII. REQUESTED IN COMPLAINT:
☒ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ 1,000,000
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____
DOCKET NUMBER _____

DATE 7/17/18
SIGNATURE OF ATTORNEY OF RECORD: Kevin Hampton #UMA856

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____