UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN LAMAR HAMPTON,<br>        Plaintiff,<br>    v.<br>R. BROACH,<br>        Defendant. | Case No. 18-cv-04516-JCS (RMI)<br><br>**REPORT OF PRO SE PRISONER<br>EARLY SETTLEMENT PROCEEDING** |

A settlement conference was held on December 12, 2019, and the results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, and each possessed the requisite settlement authority:

    ( X ) Plaintiff, Kevin Hampton, Pro Se

    (  ) Warden or warden's representative

    (  ) Office of the California Attorney General

    ( X ) Other:  Jill Sazama

(2) The following individuals, parties, and/or representatives did not appear:

_____

(3) The outcome of the proceeding was:

    (  ) The case has been completely settled. The parties agree that a proposed stipulated order for dismissal of this case will be filed with the Court on _____.

    (  ) The case has been partially resolved and counsel for defendants shall file a joint stipulation regarding those claims which have been resolved. The issues outlined on the sheet attached remain for this Court to resolve.

( X ) The parties are unable to reach an agreement at this time.

**IT IS SO ORDERED.**

Dated: December 19, 2019

_____
ROBERT M. ILLMAN
United States Magistrate Judge