UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN LAMAR HAMPTON,<br>    Plaintiff,<br>  v.<br>R. BROACH,<br>    Defendant. | Case No. 18-cv-04516-JCS (PR)<br><br>**ORDER DISSOLVING STAY AND REOPENING ACTION** |

This federal civil rights action was stayed in 2020 at plaintiff's request because he wanted to postpone proceedings until he was released from custody in 2021. (Order Staying Action, Dkt. No. 37 at 1.)

In April 2022, defendant filed a motion to dismiss the action for failure to prosecute. (Dkt. No. 38.) In light of this motion, the Court DISSOLVES the stay and REOPENS the action. The Clerk is directed to modify the docket to reflect that the action is reopened.

Plaintiff has until **May 23, 2022** to file an opposition to defendant's motion to dismiss. Defendant's reply shall be filed within 15 days after the opposition is filed. If plaintiff does not file an opposition by May 23, 2022, the Court will deem (i) plaintiff to have waived his right to file an opposition; (ii) the motion unopposed; and (iii) the motion ready for a ruling.

1    There will be no hearing.  The motion will be decided on the parties' filings.

2    **IT IS SO ORDERED.**

3    **Dated:** April 19, 2022

      _____
      JOSEPH C. SPERO
      Chief Magistrate Judge