UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEVIN LAMAR HAMPTON,

    Plaintiff,

v.

R. BROACH,

    Defendant.

Case No. 18-cv-04516-JCS (PR)

**ORDER OF DISMISSAL**

Dkt. No. 38

    Mail sent by the Court to plaintiff was returned as undeliverable more than 60 days ago. (Dkt. No. 40.) Accordingly, this federal civil rights action is DISMISSED (without prejudice) because plaintiff failed to keep the Court apprised of his current address pursuant to Civil Local Rule 3-11(b) and because he failed to prosecute this matter, *see* Fed. R. Civ. P. 41(b). Because this dismissal is without prejudice, plaintiff may move to reopen the action. Any motion to reopen must have the words MOTION TO REOPEN written on the first page.

    The parties have consented to magistrate judge jurisdiction for all purposes under 28 U.S.C. § 636(c). (Dkt. Nos. 5 and 16.)

    Defendant's motion to dismiss for lack of prosecution is DENIED as moot. (Dkt. No. 38.)

    The Clerk shall terminate all pending motions, enter judgment in favor of defendant, and close the file.

    **IT IS SO ORDERED.**

**Dated:** July 5, 2022

JOSEPH C. SPERO
Chief Magistrate Judge